UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ATLANTIC RECORDING CORPORATION, et al.,

        Plaintiffs,

    -v-                                          26-cv-2 (JSR)

ANNA'S ARCHIVE, et al.,                          ORDER

        Defendants.
```

JED S. RAKOFF, U.S.D.J.:

This action was filed and has, to date, proceeded under seal, pursuant to an Order issued by the District Judge sitting in Part One as of the action's commencement.

Because the purpose for which sealing was ordered has been fulfilled and because there is no other basis for maintaining the seal, the Court hereby orders that this action and all papers previously filed in it be unsealed.

SO ORDERED.

New York, New York
January 16, 2026                    _____
                                    JED S. RAKOFF, U.S.D.J.

1