# Exhibit A

**EXHIBIT A**
Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| alt-J | Breezeblocks | SR0000948247 | Atlantic Recording Corporation |
| Amy Winehouse | Back To Black | SR0000407451 | UMG Recordings, Inc. |
| Amy Winehouse | Rehab | SR0000410095 | UMG Recordings, Inc. |
| Ariana Grande | break up with your girlfriend, i'm bored | SR0000848489 | UMG Recordings, Inc. |
| Ariana Grande | Into You | SR0000781016 | UMG Recordings, Inc. |
| Backstreet Boys | Everybody (Backstreet's Back) | SR0000254065 | Zomba Recording LLC |
| Backstreet Boys | I Want It That Way | SR0000275134 | Zomba Recording LLC |
| Backstreet Boys | Larger Than Life | SR0000275134 | Zomba Recording LLC |
| Bazzi | Fantasy | SR0000824441 | Atlantic Music Group LLC |
| Beyoncé | 7/11 | SR0000766254 | Sony Music Entertainment |
| Beyoncé | Diva | SR0000623449 | Sony Music Entertainment |
| Beyoncé | Drunk in Love (Explicit) | SR0000747291 | Sony Music Entertainment |
| Beyoncé | Halo | SR0000623449 | Sony Music Entertainment |
| Beyoncé | Haunted (Explicit) | SR0000747291 | Sony Music Entertainment |
| Beyoncé | Irreplaceable | SR0000395861 | Sony Music Entertainment |
| Beyoncé | Love On Top | SR0000683948 | Sony Music Entertainment |
| Beyoncé | Run the World (Girls) | SR0000683948 | Sony Music Entertainment |
| blink-182 | All The Small Things | SR0000279826 | UMG Recordings, Inc. |
| blink-182 | I Miss You | SR0000345359 | UMG Recordings, Inc. |
| Bob Marley & The Wailers | Buffalo Soldier | SR0000045126 | UMG Recordings, Inc. |
| Brandy & Monica | The Boy Is Mine | SR0000256110 | Atlantic Recording Corporation |
| Britney Spears | Baby One More Time | SR0000260870 | Zomba Recording LLC |
| Britney Spears | Criminal | SR0000673693 | Sony Music Entertainment |

**EXHIBIT A**

Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Britney Spears | I'm A Slave 4 U | SR0000301907 | Zomba Recording LLC |
| Britney Spears | Oops!...I Did It Again | SR0000285667 | Zomba Recording LLC |
| Bruce Springsteen | Born in the U.S.A. | SR0000055647 | Sony Music Entertainment |
| Bruce Springsteen | Born to Run | RE0000894630/N27922 | Sony Music Entertainment |
| Bruce Springsteen | Dancing In the Dark | SR0000055658 | Sony Music Entertainment |
| Bruce Springsteen | Glory Days | SR0000055647 | Sony Music Entertainment |
| Bruce Springsteen | Hungry Heart | SR0000025235 | Sony Music Entertainment |
| Bruno Mars | Locked out of Heaven | SR0000715738 / SR0000756206 | Atlantic Recording Corporation |
| Bruno Mars | Talking to the Moon | SR0000671062 | Elektra Entertainment Group Inc. |
| Bruno Mars, Anderson .Paak, Silk Sonic | Smokin Out The Window | SR0000932353 | Atlantic Recording Corporation |
| Cardi B | WAP (feat. Megan Thee Stallion) | SR0000889635 | Atlantic Recording Corporation |
| Cassie | Me & U | SR0000394687 | Bad Boy Records LLC |
| Chief Keef | Love Sosa | SR0000716295 | UMG Recordings, Inc. |
| Coldplay | Adventure of a Lifetime | SR0000898969 | Warner Music International Services Limited |
| Coldplay | Fix You | SRu000573811 / SR0000376828 | Warner Music International Services Limited |
| Counting Crows | Mr. Jones | SR0000172267 | UMG Recordings, Inc. |
| David Guetta | Who's That Chick? (feat. Rihanna) | SR0000677456 | Warner Music International Services Limited |
| DMX | Ruff Ryders' Anthem | SR0000252613 | UMG Recordings, Inc. |
| Don Toliver | Cardigan | SR0000874544 | Atlantic Music Group LLC |
| Don Toliver | No Idea | SR0000877543 | Atlantic Music Group LLC |
| Dua Lipa | Don't Start Now | SR0000864567 | Warner Music International Services Limited |
| Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited |
| Dua Lipa | Levitating (feat. DaBaby) | SR0000889533 | Warner Music International Services Limited |

**EXHIBIT A**

Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Echosmith | Cool Kids | SR0000968318 | Warner Records Inc. |
| Fall Out Boy | Immortals | SR0000766550 | UMG Recordings, Inc. |
| Fergie | Big Girls Don't Cry (Personal) | SR0000393675 / SR0000408992 | UMG Recordings, Inc. |
| Fitz and The Tantrums | Out of My League | SR0000724442 | Elektra Entertainment LLC |
| Foo Fighters | My Hero | SR0000297253 | Sony Music Entertainment |
| Frank Ocean | Bad Religion | SR0000704928 | UMG Recordings, Inc. |
| GAYLE | abcdefu | SR0000908438 | Atlantic Recording Corporation |
| Gerry Rafferty | Right Down the Line | SR0000000346 | Warner Music International Services Limited |
| gnash | i hate u, i love u (feat. olivia o'brien) | SR0000854149 | Atlantic Recording Corporation |
| Gorillaz | Dirty Harry | SR0000379135 / SRu000573812 | Warner Music International Services Limited |
| Gorillaz | She's My Collar (feat. Kali Uchis) | SR0000821229 | Warner Music International Services Limited |
| GROUPLOVE | Tongue Tied | SR0000704081 | Atlantic Recording Corporation |
| Grover Washington, Jr. | Just the Two of Us (feat. Bill Withers) | SR0000023451 | Elektra Entertainment Group Inc. |
| Gwen Stefani, Akon | The Sweet Escape | SR0000400614 | UMG Recordings, Inc. |
| Halsey | Without Me | SR0000835853 | UMG Recordings, Inc. |
| Jack Harlow | First Class | SR0000927372 | Atlantic Recording Corporation |
| Jack Harlow | WHATS POPPIN | SR0000877565 | Atlantic Recording Corporation |
| Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. |
| Jason Mraz | I'm Yours | SR0000623312 | Atlantic Recording Corporation |
| John Newman | Love Me Again | SR0000726970 | UMG Recordings, Inc. |
| Justin Bieber | Boyfriend | SR0000698585 | UMG Recordings, Inc. |
| Justin Bieber, Ludacris | Baby | SR0000647660 | UMG Recordings, Inc. |
| Justin Timberlake | Cry Me A River | SR0000319834 | Zomba Recording LLC |

**EXHIBIT A**
Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Justin Timberlake | Mirrors | SR0000723769 | Sony Music Entertainment |
| Justin Timberlake | SexyBack (Explicit) | SR0000719411 | Sony Music Entertainment |
| Katy Perry | Firework | SR0000662268 | Capitol Records, LLC |
| Katy Perry | Roar | SR0000734383 | Capitol Records, LLC |
| Kid Cudi | Mr. Rager | SR0000695775 | UMG Recordings, Inc. |
| Kings Of Leon | Sex on Fire | SR0000617761 | Sony Music Entertainment |
| Lady Gaga | Applause | SR0000729225 | UMG Recordings, Inc. |
| Lady Gaga | Paparazzi | SR0000617841 | UMG Recordings, Inc. |
| Lifehouse | You And Me | SR0000370643 | UMG Recordings, Inc. |
| Lily Allen | Smile | SR0000392058 | Warner Music International Services Limited |
| Lionel Richie | Stuck On You | SR0000049235 | UMG Recordings, Inc. |
| Lorde | Buzzcut Season | SR0000732619 | UMG Recordings, Inc. |
| Luke Bryan | Country Girl (Shake It For Me) | SR0000681897 | Capitol Records, LLC |
| Madonna | Hung Up | SR0000375278 | Warner Records LLC |
| Mariah Carey | Fantasy | SR0000215243 | Sony Music Entertainment |
| Mariah Carey | My All | SR0000244014 | Sony Music Entertainment |
| Mariah Carey | Without You | SR0000178631 | Sony Music Entertainment |
| Marilyn Manson | The Beautiful People | SR0000229506 | UMG Recordings, Inc. |
| MARINA | Primadonna | SR0000707378 | Warner Music International Services Limited |
| Maroon 5 | Animals | SR0000763862 | UMG Recordings, Inc. |
| Maroon 5 | Won't Go Home Without You | SR0000613104 | UMG Recordings, Inc. |
| Mary J. Blige | Family Affair | SR0000301461 | UMG Recordings, Inc. |
| Meghan Trainor | All About That Bass | SR0000758102 | Sony Music Entertainment |

**EXHIBIT A**
Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Meghan Trainor | Dear Future Husband | SR0000758103 | Sony Music Entertainment |
| Meghan Trainor | NO | SR0000775410 | Sony Music Entertainment |
| Melanie Martinez | Play Date | SR0000794368 | Atlantic Recording Corporation |
| Melanie Martinez | Soap | SR0000774057 | Atlantic Recording Corporation |
| Michael Bublé | Feeling Good | SR0000370205 | Warner Records Inc. |
| Michael Jackson | Beat It | SR0000041965 | Sony Music Entertainment |
| Michael Jackson | P.Y.T. (Pretty Young Thing) | SR0000041965 | Sony Music Entertainment |
| Michael Jackson | Smooth Criminal (2012 Remaster) | SR0000084256 | Sony Music Entertainment |
| Michael Jackson | The Way You Make Me Feel (2012 Remaster) | SR0000084256 | Sony Music Entertainment |
| Miley Cyrus | We Can't Stop | SR0000726503 | Sony Music Entertainment |
| Miley Cyrus | Wrecking Ball | SR0000735241 | Sony Music Entertainment |
| Missy Elliott | Work It | SR0000345855 | Elektra Entertainment Group Inc. |
| Nelly Furtado | I'm Like A Bird | SR0000289461 | UMG Recordings, Inc. |
| Neon Trees | Everybody Talks | SR0000691353 | UMG Recordings, Inc. |
| New Order | Blue Monday | SR0000085362 | Warner Music International Services Limited |
| Ne-Yo | Closer | SR0000612632 | UMG Recordings, Inc. |
| Norah Jones | Don't Know Why | SR0000320120 / SR0000366945 | Capitol Records, LLC |
| Outkast | Hey Ya | SR0000340520 | Arista Records, LLC |
| Owl City, Carly Rae Jepsen | Good Time | SR0000707491 | UMG Recordings, Inc. |
| Paramore | Misery Business | SR0000631909 | Atlantic Recording Corporation |
| Paramore | Still into You | SR0000724441 | Atlantic Recording Corporation |
| Phantogram | Black Out Days | SR0000733769 | UMG Recordings, Inc. |
| Pink Floyd | Breathe (In The Air) [2011 Remastered Version] | N00000005354 | Sony Music Entertainment |

**EXHIBIT A**

Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Pink Floyd | Comfortably Numb (2011 Remastered Version) | SR0000014787 | Sony Music Entertainment |
| Pink Floyd | Have a Cigar | N00000034601 | Sony Music Entertainment |
| Pink Floyd | Hey You (2011 Remastered Version) | SR0000014787 | Sony Music Entertainment |
| Pink Floyd | Time (2011 Remastered Version) | N00000005354 | Sony Music Entertainment |
| Pink Floyd | Young Lust (2011 Remastered Version) | SR0000014787 | Sony Music Entertainment |
| Pink Floyd | Shine On You Crazy Diamond, Pts. 1-5 (2011 Remaster) | N00000034601 | Sony Music Entertainment |
| Pink Floyd | The Great Gig In The Sky (2011 Remastered Version) | N00000005354 | Sony Music Entertainment |
| Portugal. The Man | Feel It Still | SR0000806561 | Atlantic Recording Corporation |
| Post Malone | Better Now | SR0000825327 | UMG Recordings, Inc. |
| Rihanna | Diamonds | SR0000708917 | UMG Recordings, Inc. |
| Rise Against | Savior | SR0000617587 | UMG Recordings, Inc. |
| Roddy Ricch | The Box | SR0000925337 | Atlantic Recording Corporation |
| Sam Smith | Stay With Me | SR0000750596 / SR0000985384 | UMG Recordings, Inc. |
| Sean Paul | Get Busy | SR0000352634 | Atlantic Recording Corporation |
| Shakira | Hips Don't Lie | SR0000402672 | Sony Music Entertainment |
| Soundgarden | Black Hole Sun | SR0000280540 | UMG Recordings, Inc. |
| Studio Killers | Jenny (I Wanna Ruin Our Friendship) | SR0000947941 | Atlantic Recording Corporation |
| The All-American Rejects | Dirty Little Secret | SR0000374412 | UMG Recordings, Inc. |
| The B-52's | Love Shack | SR0000107155 | Warner Records Inc. |
| The Black Eyed Peas | I Gotta Feeling | SR0000633584 / SR0000412278 | UMG Recordings, Inc. |
| The Clash | Rock the Casbah | SR0000034959 | Sony Music Entertainment |
| The Killers | Human | SR0000619236 | UMG Recordings, Inc. |

**EXHIBIT A**
Plaintiffs' Infringed Works

| Artist | Work Title | Registration Number | Plaintiff(s) |
|--------|-----------|--------------------|--------------|
| The Killers | Mr. Brightside | SR0000355962 | UMG Recordings, Inc. |
| The Rare Occasions | Notion | SR0000917448 | Elektra Entertainment LLC |
| The Walters | I Love You So | SR0000933368 | Warner Records Inc. |
| Tove Lo | Talking Body | SR0000756263 | UMG Recordings, Inc. |
| Trey Songz | Slow Motion | SR0000781231 | Atlantic Recording Corporation |
| twenty one pilots | Tear in My Heart | SR0000772681 | Fueled by Ramen LLC |
| U2 | Sunday Bloody Sunday | SR0000042944 | UMG Recordings, Inc. |
| UB40 | Red Red Wine | SR0000049244 | UMG Recordings, Inc. |
| Usher | Burn | SR0000354784 | Arista Music |
| Wham! | Last Christmas (Single Version) | SR0000829451 | Sony Music Entertainment |
| 2Pac | Do For Love | SR0000276481 | UMG Recordings, Inc. |