**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA'S ARCHIVE and DOES 1-10, <br><br> Defendants. | No. _____ <br><br> **PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> **[FILED UNDER SEAL]** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs certifies the following:

1.      Plaintiffs Atlantic Recording Corporation, Atlantic Music Group LLC, Elektra Entertainment LLC, Elektra Entertainment Group Inc., Fueled by Ramen LLC, Warner Music International Services Limited, Warner Records Inc., and Warner Records LLC are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company. AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies, own more than ten percent (10%) of Warner Music Group Corp.'s stock.

2.       Plaintiff Bad Boy Records LLC is a joint venture in which Atlantic Recording Corporation, an indirectly wholly-owned subsidiary of Warner Music Group Corp., holds a fifty percent (50%) interest. Bad Boy Records, which is not a publicly traded company, holds the remaining fifty percent (50%) interest in Bad Boy Records LLC. No publicly traded corporation directly or indirectly holds ten percent (10%) or more of the stock of Bad Boy Records LLC.

3.       Plaintiffs Sony Music Entertainment, Arista Music, Arista Records, LLC, and Zomba Recording LLC are wholly owned, indirect subsidiaries of Sony Group Corporation, a publicly-traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns more than ten percent (10%) of the stock of Sony Music Entertainment, Arista Music, Arista Records, LLC, or Zomba Recording LLC.

4.       Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC are wholly-owned indirect subsidiaries of Universal Music Group, N.V., a Netherlands public limited company. No other publicly-held company owns ten percent (10%) or more of the stock of UMG Recordings, Inc. or Capitol Records, LLC. Bollere SE is a publicly traded company organized under the laws of France and owns more than ten percent (10%) of Universal Music Group, N.V.'s stock. No other publicly-held company owns ten percent (10%) of more of Universal Music Group, N.V.'s stock.

5.       Plaintiff Spotify USA Inc. is a wholly-owned subsidiary of Spotify AB. Spotify AB is a wholly owned subsidiary of Spotify Technology S.A., a publicly traded company that does not have a parent corporation. No publicly traded corporation owns 10% or more of the common stock of Spotify Technology S.A.

2

Dated: December 29, 2025

Respectfully submitted,

*/s/ Randi W. Singer*
Rollin A. Ransom (*pro hac vice forthcoming*)
Lauren M. De Lilly (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
350 South Grand Street
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com
Email: ldelilly@sidley.com

Randi W. Singer (SBN 2946671)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: randi.singer@sidley.com

*Attorneys for Plaintiffs*

3