# Exhibit A

**UMG Plaintiffs' Infringed Works**

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Amy Winehouse | Back To Black | SR0000407451 | UMG Recordings, Inc. |
| Amy Winehouse | Rehab | SR0000410095 | UMG Recordings, Inc. |
| Ariana Grande | break up with your girlfriend, i'm bored | SR0000848489 | UMG Recordings, Inc. |
| Ariana Grande | Into You | SR0000781016 | UMG Recordings, Inc. |
| blink-182 | All The Small Things | SR0000279826 | UMG Recordings, Inc. |
| blink-182 | I Miss You | SR0000345359 | UMG Recordings, Inc. |
| Bob Marley & The Wailers | Buffalo Soldier | SR0000045126 | UMG Recordings, Inc. |
| Chief Keef | Love Sosa | SR0000716295 | UMG Recordings, Inc. |
| Counting Crows | Mr. Jones | SR0000172267 | UMG Recordings, Inc. |
| DMX | Ruff Ryders' Anthem | SR0000252613 | UMG Recordings, Inc. |
| Fall Out Boy | Immortals | SR0000766550 | UMG Recordings, Inc. |
| Fergie | Big Girls Don't Cry (Personal) | SR0000393675 / SR0000408992 | UMG Recordings, Inc. |
| Frank Ocean | Bad Religion | SR0000704928 | UMG Recordings, Inc. |
| Gwen Stefani, Akon | The Sweet Escape | SR0000400614 | UMG Recordings, Inc. |
| Halsey | Without Me | SR0000835853 | UMG Recordings, Inc. |
| John Newman | Love Me Again | SR0000726970 | UMG Recordings, Inc. |
| Justin Bieber | Boyfriend | SR0000698585 | UMG Recordings, Inc. |
| Justin Bieber, Ludacris | Baby | SR0000647660 | UMG Recordings, Inc. |
| Katy Perry | Firework | SR0000662268 | Capitol Records, LLC |
| Katy Perry | Roar | SR0000734383 | Capitol Records, LLC |
| Kid Cudi | Mr. Rager | SR0000695775 | UMG Recordings, Inc. |
| Lady Gaga | Applause | SR0000729225 | UMG Recordings, Inc. |

**UMG Plaintiffs' Infringed Works**

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| Lady Gaga | Paparazzi | SR0000617841 | UMG Recordings, Inc. |
| Lifehouse | You And Me | SR0000370643 | UMG Recordings, Inc. |
| Lionel Richie | Stuck On You | SR0000049235 | UMG Recordings, Inc. |
| Lorde | Buzzcut Season | SR0000732619 | UMG Recordings, Inc. |
| Luke Bryan | Country Girl (Shake It For Me) | SR0000681897 | Capitol Records, LLC |
| Marilyn Manson | The Beautiful People | SR0000229506 | UMG Recordings, Inc. |
| Maroon 5 | Animals | SR0000763862 | UMG Recordings, Inc. |
| Maroon 5 | Won't Go Home Without You | SR0000613104 | UMG Recordings, Inc. |
| Mary J. Blige | Family Affair | SR0000301461 | UMG Recordings, Inc. |
| Nelly Furtado | I'm Like A Bird | SR0000289461 | UMG Recordings, Inc. |
| Neon Trees | Everybody Talks | SR0000691353 | UMG Recordings, Inc. |
| Ne-Yo | Closer | SR0000612632 | UMG Recordings, Inc. |
| Norah Jones | Don't Know Why | SR0000320120 / SR0000366945 | Capitol Records, LLC |
| Owl City, Carly Rae Jepsen | Good Time | SR0000707491 | UMG Recordings, Inc. |
| Phantogram | Black Out Days | SR0000733769 | UMG Recordings, Inc. |
| Post Malone | Better Now | SR0000825327 | UMG Recordings, Inc. |
| Rihanna | Diamonds | SR0000708917 | UMG Recordings, Inc. |
| Rise Against | Savior | SR0000617587 | UMG Recordings, Inc. |
| Sam Smith | Stay With Me | SR0000750596 / SR0000985384 | UMG Recordings, Inc. |
| Soundgarden | Black Hole Sun | SR0000280540 | UMG Recordings, Inc. |
| The All-American Rejects | Dirty Little Secret | SR0000374412 | UMG Recordings, Inc. |
| The Black Eyed Peas | I Gotta Feeling | SR0000633584 / SR0000412278 | UMG Recordings, Inc. |

**UMG Plaintiffs' Infringed Works**

| Artist | Work Title | Registration Number | Plaintiff(s) |
|---|---|---|---|
| The Killers | Human | SR0000619236 | UMG Recordings, Inc. |
| The Killers | Mr. Brightside | SR0000355962 | UMG Recordings, Inc. |
| Tove Lo | Talking Body | SR0000756263 | UMG Recordings, Inc. |
| U2 | Sunday Bloody Sunday | SR0000042944 | UMG Recordings, Inc. |
| UB40 | Red Red Wine | SR0000049244 | UMG Recordings, Inc. |
| 2Pac | Do For Love | SR0000276481 | UMG Recordings, Inc. |