UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA'S ARCHIVE and DOES 1-10, <br><br> Defendants. | No. 26-CV-00002 <br><br> **PROOF OF SERVICE** <br><br> **[FILED UNDER SEAL PURSUANT TO COURT ORDER]** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 350 S. Grand Ave., Los Angeles, CA 90071.

On January 3, 2026 I served the documents described as:

1. Application for Order to Temporarily File Case Under Seal;
2. Order re Plaintiffs' Application for Order to Temporarily File Case Under Seal;
3. Complaint and Exhibits A-D;
4. Summons;
5. 7.1 Corporate Disclosure Statement;
6. Motion for Temporary Restraining Order and OSC Re Preliminary Injunction ("Motion");
7. Memorandum of Law in Support of the Motion;
8. [Proposed] Temporary Restraining Order and OSC Re Preliminary Injunction;
9. Declaration of Brad Cohen and Exhibit A;

1

10. Declaration of David Jacoby and Exhibit A;
11. Declaration of Alasdair McMullan and Exhibit A;
12. Declaration of Mark McDevitt and Exhibits A-C (Exhibit B served via box.com link only);
13. Declaration of Rollin A. Ransom and Exhibits A-H;
14. Miscellaneous Cover Sheet No. 1 (ABC v DEF);
15. Miscellaneous Cover Sheet No. 2 (Atlantic Recording Corp., et al. v. Anna's Archive, et al.);
16. Cover Sheet No. 1 (ABC v DEF);
17. Cover Sheet No. 2 (Atlantic Recording Corp., et al. v. Anna's Archive, et al.);
18. [Proposed] Order Granting Plaintiffs' Application for Order to Temporarily File Case Under Seal;
19. Signed Summons; and
20. Signed Temporary Restraining Order,

on all interested parties in this action as follows:

Defendant Anna's Archive
AnnaDMCA@proton.me; and
ArchivistAnna3+7oBz9nJ+nt@proton.me

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Pursuant to the Court's January 2, 2026, Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction permitting service by electronic mail, I caused the foregoing documents to be sent to Defendant Anna's Archive at the e-mail addresses listed above. Attached hereto as **Attachment A** are my service e-mails. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 5, 2026, at Los Angeles, California.

Dated: January 5, 2026

[signature]

Rollin A. Ransom (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
350 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

*Attorneys for Plaintiffs*

# ATTACHMENT A

| | |
|---|---|
| **From:** | Ransom, Rollin |
| **To:** | annadmca@proton.me; ArchivistAnna3+7oBz9nJ+nt@proton.me |
| **Cc:** | Singer, Randi W.; De Lilly, Lauren |
| **Subject:** | RE: SERVICE OF LEGAL DOCUMENTS - Atlantic Recording Corp., et al. v. Anna"s Archive, et al. (S.D.N.Y. - Case No. 26-cv-00002) |
| **Date:** | Saturday, January 3, 2026 6:05:26 PM |
| **Attachments:** | ANNA"S ARCHIVE FILINGS AND ORDER.zip<br>image001.png |

To Whom It May Concern:

Per the e-mail below, attached is a zip file containing service copies of the following documents, which are also available through the following box.com link:

https://sidley.box.com/s/quabyexxb45q8ozhiij3w9c6pes6a8bf

DOCUMENTS SERVED

Application for Order to Temporarily File Case Under Seal
Order re Plaintiffs' Application for Order to Temporarily File Case Under Seal
Complaint and Exhibits A-D
Summons
7.1 Corporate Disclosure Statement
Motion for Temporary Restraining Order and OSC Re Preliminary Injunction ("Motion")
Memorandum of Law in Support of Motion
[Proposed] Temporary Restraining Order and OSC Re Preliminary Inunction
Declaration of Brad Cohen and Exhibit A
Declaration of David Jacoby and Exhibit A
Declaration of Alasdair McMullan and Exhibit A
Declaration of Mark McDevitt and Exhibits A-C (Exhibit B via box.com link only)
Declaration of Rollin A. Ransom and Exhibits A-H
Miscellaneous Cover Sheet No. 1 (ABC v DEF)
Miscellaneous Cover Sheet No. 2 (Atlantic Recording Corp., et al. v. Anna's Archive, et al.)
Cover Sheet No. 1 (ABC v DEF)
Cover Sheet No. 2 (Atlantic Recording Corp., et al. v. Anna's Archive, et al.)
[Proposed] Order Granting Plaintiffs' Application for Order to Temporarily File Case Under Seal
Signed Summons
Signed Temporary Restraining Order

Please contact me if you have any questions.

Rollin Ransom
**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
350 S. Grand Avenue
Los Angeles, CA 90071
+1 213 896 6047
rransom@sidley.com

www.sidley.com

**From:** Ransom, Rollin
**Sent:** Saturday, January 3, 2026 6:02 PM
**To:** 'annadmca@proton.me' <annadmca@proton.me>; 'ArchivistAnna3+7oBz9nJ+nt@proton.me' <ArchivistAnna3+7oBz9nJ+nt@proton.me>
**Cc:** Singer, Randi W. <randi.singer@sidley.com>; De Lilly, Lauren <ldelilly@sidley.com>
**Subject:** SERVICE OF LEGAL DOCUMENTS - Atlantic Recording Corp., et al. v. Anna's Archive, et al. (S.D.N.Y. - Case No. 26-cv-00002)

To Whom It May Concern:

This firm represents Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy Records LLC, Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled by Ramen LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG Recordings, Inc., Capitol Records, LLC, and Spotify USA Inc. ("Plaintiffs"). By this e-mail, I am serving Anna's Archive with a Complaint that was filed by Plaintiffs against Anna's Archive in the United States District Court for the Southern District of New York, together with a Summons requiring Anna's Archive to respond to the Complaint. By this e-mail, I am also serving Anna's Archive with a Temporary Restraining Order that the Court entered against Anna's Archive on January 2, 2026, which, among other things, imposes various immediate obligations and restrictions on Anna's Archive and sets a hearing on an order to show cause for January 16, 2026.

I will shortly send a follow-up e-mail containing a zip file that contains another copy of the above-referenced documents, as well as the remaining documents that have been filed in the action, except for Exhibit B to the Declaration of Mark McDevitt (Declaration No. 4), which is too large to attach directly to this e-mail or include in the zip file. That document, along with a complete set of all the other documents filed in the action, is available through the following box.com link:

https://sidley.box.com/s/quabyexxb45q8ozhiij3w9c6pes6a8bf

Please contact me if you have any questions.

Rollin Ransom
**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
350 S. Grand Avenue
Los Angeles, CA 90071
+1 213 896 6047
rransom@sidley.com
www.sidley.com



| | |
|---|---|
| **From:** | Ransom, Rollin |
| **To:** | annadmca@proton.me; ArchivistAnna3+7oBz9nJ+nt@proton.me |
| **Cc:** | Singer, Randi W.; De Lilly, Lauren |
| **Subject:** | SERVICE OF LEGAL DOCUMENTS - Atlantic Recording Corp., et al. v. Anna"s Archive, et al. (S.D.N.Y. - Case No. 26-cv-00002) |
| **Date:** | Saturday, January 3, 2026 6:03:10 PM |
| **Attachments:** | 02 - [UNDER SEAL] - Complaint and Exhibits A-D.pdf |
| | 18 - [UNDER SEAL] - SIGNED SUMMONS.pdf |
| | 19 - [UNDER SEAL] - SIGNED TEMPORARY RESTRAINING ORDER.pdf |
| | image001.png |

To Whom It May Concern:

This firm represents Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy Records LLC, Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled by Ramen LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG Recordings, Inc., Capitol Records, LLC, and Spotify USA Inc. ("Plaintiffs"). By this e-mail, I am serving Anna's Archive with a Complaint that was filed by Plaintiffs against Anna's Archive in the United States District Court for the Southern District of New York, together with a Summons requiring Anna's Archive to respond to the Complaint. By this e-mail, I am also serving Anna's Archive with a Temporary Restraining Order that the Court entered against Anna's Archive on January 2, 2026, which, among other things, imposes various immediate obligations and restrictions on Anna's Archive and sets a hearing on an order to show cause for January 16, 2026.

I will shortly send a follow-up e-mail containing a zip file that contains another copy of the above-referenced documents, as well as the remaining documents that have been filed in the action, except for Exhibit B to the Declaration of Mark McDevitt (Declaration No. 4), which is too large to attach directly to this e-mail or include in the zip file. That document, along with a complete set of all the other documents filed in the action, is available through the following box.com link:

https://sidley.box.com/s/quabyexxb45q8ozhiij3w9c6pes6a8bf

Please contact me if you have any questions.

Rollin Ransom
**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
350 S. Grand Avenue
Los Angeles, CA 90071
+1 213 896 6047
rransom@sidley.com
www.sidley.com


