UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., <br><br>Plaintiffs, <br><br>v. <br><br>ANNA'S ARCHIVE and DOES 1-10, <br><br>Defendants. | No. 26-cv-00002 (JSR) <br><br> **REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EMERGENCY *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** <br><br>**[FILED UNDER SEAL]** |

Plaintiffs Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy Records LLC, Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled by Ramen LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG Recordings, Inc., and Capitol Records, LLC (collectively, the "Record Company Plaintiffs," and together with Spotify USA Inc., "Plaintiffs") respectfully submit this reply memorandum in support of their Motion for Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "TRO Motion").

### A.  Anna's Archive Has Failed to Respond to the Court's Order to Show Cause.

On January 2, 2026, the Court issued a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (the "TRO Order"), which Plaintiffs served on Anna's Archive by email on January 3, 2026, as reflected in proofs of service filed with the Court on January 5, 2026. In the TRO Order, the Court ordered defendant Anna's Archive ("Anna's Archive") to file any answering papers before 5:00 p.m. on January 12, 2026. No such answering papers were filed.

### B.  The Record Company Plaintiffs' Enforcement Efforts Are Ongoing.

Consistent with the TRO Order, the Record Company Plaintiffs gave notice of the TRO Order to Public Interest Registry ("PIR") and Cloudflare Inc. ("Cloudflare") on January 2, 2026. Reply Declaration of Rollin A. Ransom ("Reply Ransom Decl.") ¶ 3. In response, PIR took action to "lock" the annas-archive.org domain name on January 2, 2026, which resulted in the inability of users to reach the website maintained at that domain name. *Id.* On January 3, 2026, Cloudflare advised that it had likewise suspended services to Anna's Archive, including disabling the authoritative nameservers for annas-archive.li and annas-archive.se, which resulted

in the temporary inability of users to reach the websites maintained at one or both of those domain names. *Id.* However, Anna's Archive thereafter retained a different internet service provider, namely, Njalla SRL ("Njalla"), to provide the "nameserver" services that Cloudflare had been providing, such that the websites maintained at annas-archive.li and annas-archive.se were again accessible to users, at least for certain periods of time (as of the signing of this Reply, annas-archive.li is accessible, while annas-archive.se is not). *Id.* ¶ 4.

In addition, Anna's Archive activated additional "mirror" websites at annas-archive.pm and annas-archive.in, for which Njalla also provides nameserver services. *Id.* These websites have content identical to the websites that are or were maintained at annas-archive.li and annas-archive.se, including "torrent" files containing the metadata and album cover art respecting the Record Company Plaintiffs' sound recordings that Anna's Archive illegally "scraped" from Spotify. *Id.* The Record Company Plaintiffs have likewise given notice of the TRO Order to Njalla and to other registries, registrars, and hosting and internet service providers that the Record Company Plaintiffs understand are utilized by Anna's Archive, as described in greater detail in the Reply Ransom Declaration. The Record Company Plaintiffs will be prepared to further discuss their enforcement efforts and the status of the matter at the hearing set for January 16, 2026.

### C.     The Court Should Enter a Preliminary Injunction.

For the reasons set forth in the TRO Motion, and in light of the failure of Anna's Archive to appear or file a response to the TRO Order and its ongoing efforts to circumvent effective implementation of the TRO Order, the Record Company Plaintiffs respectfully request that the Court now issue a preliminary injunction in the form of the [Proposed] Preliminary Injunction filed concurrently herewith.

Dated: January 14, 2026

Respectfully submitted,

/s/ Rollin A. Ransom

Rollin A. Ransom (*admitted pro hac vice*)
Lauren M. De Lilly (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
350 South Grand Street
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com
Email: ldelilly@sidley.com

Randi W. Singer (SBN 2946671)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: randi.singer@sidley.com

*Attorneys for Plaintiffs*

3

## WORD COUNT VERIFICATION

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 580 words, excluding the caption, table of contents, table of authorities, signature block, and this verification. This brief complies with Local Rule 7.1(c).

Dated: January 14, 2026

Respectfully submitted,

Rollin A. Ransom (*admitted pro hac vice*)
Lauren M. De Lilly (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
350 South Grand Street
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com
Email: ldelilly@sidley.com

Randi W. Singer (SBN 2946671)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: randi.singer@sidley.com

*Attorneys for Plaintiffs*