UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC RECORDING CORPORATION;
ATLANTIC MUSIC GROUP LLC; BAD
BOY RECORDS LLC; ELEKTRA
ENTERTAINMENT LLC; ELEKTRA
ENTERTAINMENT GROUP INC.; FUELED
BY RAMEN LLC; WARNER MUSIC
INTERNATIONAL SERVICES LIMITED;
WARNER RECORDS INC.; WARNER
RECORDS LLC; SONY MUSIC
ENTERTAINMENT; ARISTA MUSIC;
ARISTA RECORDS, LLC; ZOMBA
RECORDING LLC; UMG RECORDINGS,
INC.; CAPITOL RECORDS, LLC; and
SPOTIFY USA INC.,

        Plaintiffs,

   v.

ANNA'S ARCHIVE and DOES 1-10,

        Defendants.

No. 26-cv-00002 (JSR)

REPLY DECLARATION OF
ROLLIN A. RANSOM IN SUPPORT
OF THE RECORD COMPANY
PLAINTIFFS' MOTION FOR AN
EMERGENCY *EX PARTE*
TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW
CAUSE RE: PRELIMINARY
INJUNCTION

**[FILED UNDER SEAL]**

I, Rollin A. Ransom, declare and state, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9 of the United States District Courts for the Southern and Eastern Districts of New York, that the following is true and correct:

1.    I am an attorney at law, duly licensed and entitled to practice in the States of California, New York, and Illinois. I am a partner at Sidley Austin LLP, counsel for Plaintiffs Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy Records LLC, Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled By Ramen LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG Recordings,

Inc., and Capitol Records, LLC (collectively, the "Record Company Plaintiffs") and Spotify USA Inc. ("Spotify," and together with the Record Company Plaintiffs, "Plaintiffs"). I make this reply declaration in support of the Record Company Plaintiffs' Motion for an Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. I have personal knowledge of, and if called as a witness, could testify to the following facts.

2.      On January 2, 2026, the Court issued a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (the "TRO Order") in this action.

3.      I gave notice of the TRO Order to Public Interest Registry ("PIR") and Cloudflare Inc. ("Cloudflare") on January 2, 2026. I am informed and believe that PIR took action to "lock" the annas-archive.org domain name on January 2, 2026, which resulted in the inability of users to reach the website maintained at that domain name. I am further informed and believe that Cloudflare suspended providing services to Anna's Archive, including disabling the authoritative nameservers for annas-archive.li and annas-archive.se, on January 3, 2026, which resulted in the temporary inability of users to reach the websites maintained at those domain names.

4.      In the TRO Order, the Court authorized service of process and all other documents in this action (including the TRO Order) on defendant Anna's Archive ("Anna's Archive") by electronic mail, and required that such service take place within two (2) business days following the completion by PIR and Cloudflare of the actions described above. As reflected in proofs of service filed with this Court on January 5, 2026, I served the Summons and Complaint, the TRO Order, and all other documents that had been filed in this action on Anna's Archive by email to ArchivistAnna3+7oBz9nJ+nt@proton.me and annadmca@proton.me on January 3, 2026. I did not receive any "bounceback" or any other indication that these emails were not successfully delivered to the above-referenced email addresses.

5.     I am informed and believe that, after Cloudflare suspended providing services to Anna's Archive, Anna's Archive retained a different internet service provider, namely, Njalla SRL ("Njalla"), to provide the "nameserver" services that Cloudflare had been providing, such that the websites maintained at annas-archive.li and annas-archive.se were again accessible to users, at least for certain periods of time (as of the signing of this Declaration, annas-archive.li is accessible, while annas-archive.se is not). I am further informed and believe that Anna's Archive has also activated additional "mirror" websites at annas-archive.pm and annas-archive.in, for which Njalla also provides nameserver services. These websites have content identical to the websites that were or are maintained at annas-archive.li and annas-archive.se, including "torrent" files containing the metadata and album cover art respecting the Record Company Plaintiffs' sound recordings that Anna's Archive illegally "scraped" from Spotify. Pages from the above-referenced websites are attached hereto as follows:

a.     **Exhibit A** is a true and correct copy of the homepage of annas-archive.li, available at https://annas-archive.li, and last visited on January 14, 2026.

b.     **Exhibit B** is a true and correct copy of the homepage of annas-archive.pm, available at https://annas-archive.pm, and last visited on January 14, 2026.

c.     **Exhibit C** is a true and correct copy of the homepage of annas-archive.in, available at https://annas-archive.in, and last visited on January 14, 2026.

6.     In addition to the notice of the TRO Order that I provided to PIR and Cloudflare, either I or persons acting at my direction have given notice of the TRO Order to other domain name registries and registrars and hosting and internet service providers for Anna's Archive Websites, including Njalla (nameserver services); Switch Foundation (registry); The Swedish Internet Foundation (registry); National Internet Exchange of India (registry); IQWeb FZ-LLC

3

(hosting provider); and Hosting Concepts B.V. (registrar). I am further informed and believe that Immaterialism Ltd. ("Immaterialism") is the registrar for the annas-archive.li domain name, and that Tucows Domains Inc. ("Tucows") is the registrar for the annas-archive.in domain name. If a preliminary injunction is issued, I will promptly give notice of such preliminary injunction to Immaterialism and Tucows as well, along with the other third-party entities identified above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2026, in New York, New York.

Rollin A. Ransom

# EXHIBIT A

# Anna's Archive

📚 The largest truly open library in human history. 📈 61,654,285 books, 95,687,150 papers — preserved forever.

AA | IA | DuXiu | Hathi | Libgen.li
Z-Lib | Libgen.rs | Sci-Hub

💛 Our code and data are 100% open source. Learn more...

✕ Recent downloads: 性与学术性兼具的加害者访谈录 荣获国际人权图书奖 理想国出品) • Business dynamics : systems thinking and m



**Home**   Search   Donate   x2 | Title, author, DOI, ISBN, MD5, ... | Account

---

### Anna's Archive
**Home**
Search
Donate
🧬 SciDB
FAQ

🌐 en - English - English ▾

**Account**
Log in / Register

**Explore**
Activity
Codes Explorer
ISBN Visualization ↗
Community Projects ↗

**Open data**
Datasets
Torrents
LLM data

**Stay in touch**
Contact email
Anna's Blog ↗
Reddit ↗
Matrix ↗

**Help out**
Improve metadata
Volunteering & Bounties
Translate ↗

📚 **Full database**

Books, papers, magazines, comics, library records, metadata, ...

Search

🧬 **SciDB**

Sci-Hub has paused uploading of new papers.
🧬 SciDB is a continuation of Sci-Hub. Direct access to 95,687,150 academic papers. Learn more...

DOI                                    Open

🏛 **Long-term archive**

The datasets used in Anna's Archive are completely open, and can be mirrored in bulk using torrents.
Learn more...

You can help out enormously by seeding torrents. Learn more...

🔴 354.1TB    <4 seeders
🟠 670.7TB    4–10 seeders
🟢 90.0TB     >10 seeders

🤝 **Looking for volunteers**

## Development

Anna's Software ↗

Security

DMCA / copyright claims

## Alternatives

annas-archive.li ↗

annas-archive.pm ↗

annas-archive.in ↗

SLUM [unaffiliated] ↗

SLUM 2 [unaffiliated] ↗

As a non-profit, open-source project, we're always looking for people to help out. Learn more...

If you run a high-risk anonymous payment processor, please contact us. We are also looking for people looking to place tasteful small ads. All proceeds go to our preservation efforts.
Contact email

## 🔖 Anna's Blog

| | |
|---|---|
| Backing up Spotify | 2025-12-20 |
| We finished the Chinese release | 2025-11-28 |
| Worldcat editions and holdings release | 2025-09-11 |
| An update from the team | 2025-08-07 |
| Winners of the $10,000 ISBN visualization bounty | 2025-02-24 |
| Copyright reform is necessary for national security | 2025-01-31 |
| Visualizing All ISBNs — $10k by 2025-01-31 | 2024-12-15 |
| The critical window of shadow libraries | 2024-07-16 |
| Exclusive access for LLM companies to largest Chinese non-fiction book collection in the world | 2023-11-04 |
| 1.3B WorldCat scrape | 2023-10-03 |
| Anna's Archive Containers (AAC): standardizing releases from the world's largest shadow library | 2023-08-15 |

Learn more...

## Anna's Archive

Home

Search

Donate

## Explore

Activity

Codes Explorer

## Stay in touch

Contact email

Anna's Blog ↗

## Development

Anna's Software ↗

Security

1/14/26, 9:04 AM
Anna's Archive: Libraries, scientific papers (Library Genesis), free copies of books and more | Anna's Archive
Case 1:26-cv-00002-JSR    Document 27    Filed 01/16/26    Page 8 of 16

SciDB

FAQ

🌐 en - English ⌄

**Account**

Log in / Register

**Open data**

Datasets

Torrents

LLM data

ISBN Visualization ↗

Community Projects ↗

Reddit ↗

Matrix ↗

**Help out**

Improve metadata

Volunteering & Bounties

Translate ↗

DMCA / copyright claims

**Alternatives**

annas-archive.li ↗

annas-archive.pm ↗

annas-archive.in ↗

SLUM [unaffiliated] ↗

SLUM 2 [unaffiliated] ↗

# EXHIBIT B

Anna's Archive needs your help! Many try to take us down, but we fight back.

➡️ If you donate now, you get **double** the number of fast downloads. Valid until the end of this month. Donate

# Anna's Archive

📚 The largest truly open library in human history. 📈 61,654,285 books, 95,687,150 papers — preserved forever.

AA 🔲     IA 🔲              DuXiu 🔲         Hathi 🔲     Libgen.li 🔲

Z-Lib 🔲    Libgen.rs 🔲    Sci-Hub 🔲

⭐ Our code and data are 100% open source. Learn more...

✕ **Recent downloads:** rt 01 - Tijden van vuur • The Freud Reader • Dubliners • Waiting for the Barbarians : A Novel • The World of Ice &

**Home**    Search    Donate   x2     Title, author, DOI, ISBN, MD5, ...        Account

---

**Anna's Archive**

Home

Search

Donate

🧬 SciDB

FAQ

🌐 en - English - English ⌄

**Account**

Log in / Register

**Explore**

Activity

Codes Explorer

ISBN Visualization ↗

Community Projects ↗

**Open data**

Datasets

Torrents

LLM data

**Stay in touch**

Contact email

Anna's Blog ↗

Reddit ↗

## 📚 Full database

Books, papers, magazines, comics, library records, metadata, ...



Search

## 🧬 SciDB

Sci-Hub has paused uploading of new papers.

🧬 SciDB is a continuation of Sci-Hub. Direct access to 95,687,150 academic papers. Learn more...

DOI                Open

## 🏛️ Long-term archive

The datasets used in Anna's Archive are completely open, and can be mirrored in bulk using torrents. Learn more...

You can help out enormously by seeding torrents. Learn more...

🔴 351.9TB    <4 seeders

🟡 672.2TB    4–10 seeders

Matrix ↗

## Help out
Improve metadata
Volunteering & Bounties
Translate ↗

## Development
Anna's Software ↗
Security
DMCA / copyright claims

## Alternatives
annas-archive.li ↗
annas-archive.pm ↗
annas-archive.in ↗
SLUM [unaffiliated] ↗
SLUM 2 [unaffiliated] ↗

🟢 90.7TB        >10 seeders

## 🤝 Looking for volunteers

As a non-profit, open-source project, we're always
looking for people to help out. Learn more...

If you run a high-risk anonymous payment processor, please
contact us. We are also looking for people looking to place
tasteful small ads. All proceeds go to our preservation efforts.
Contact email

## 📋 Anna's Blog

| | |
|---|---|
| Backing up Spotify | 2025-12-20 |
| We finished the Chinese release | 2025-11-28 |
| Worldcat editions and holdings release | 2025-09-11 |
| An update from the team | 2025-08-07 |
| Winners of the $10,000 ISBN visualization bounty | 2025-02-24 |
| Copyright reform is necessary for national security | 2025-01-31 |
| Visualizing All ISBNs — $10k by 2025-01-31 | 2024-12-15 |
| The critical window of shadow libraries | 2024-07-16 |
| Exclusive access for LLM companies to largest Chinese non-fiction book collection in the world | 2023-11-04 |
| 1.3B WorldCat scrape | 2023-10-03 |
| Anna's Archive Containers (AAC): standardizing releases from the world's largest shadow library | 2023-08-15 |

Learn more...

## Anna's Archive

Home

Search

Donate

🧬 SciDB

FAQ

🌐 en - English ⌄

## Account

Log in / Register

## Explore

Activity

Codes Explorer

ISBN Visualization ↗

Community Projects ↗

## Open data

Datasets

Torrents

LLM data

## Stay in touch

Contact email

Anna's Blog ↗

Reddit ↗

Matrix ↗

## Help out

Improve metadata

Volunteering & Bounties

Translate ↗

## Development

Anna's Software ↗

Security

DMCA / copyright claims

## Alternatives

annas-archive.li ↗

annas-archive.pm ↗

annas-archive.in ↗

SLUM [unaffiliated] ↗

SLUM 2 [unaffiliated] ↗

# EXHIBIT C

# Anna's Archive

📚 The largest truly open library in human history. 📈 61,654,285 books, 95,687,150 papers — preserved forever.

AA    IA          DuXiu       Hathi    Libgen.li

Z-Lib    Libgen.rs    Sci-Hub

⭐ Our code and data are 100% open source. Learn more...

✕ Recent downloads: 幻基石丛书·刘慈欣地球往事三部曲（套装全三册） (又名：三体三部曲) • Shadow Ticket • 汽车学 • Nós somo

**Home**    Search    Donate   x2      Title, author, DOI, ISBN, MD5, ...          Account

---

**Anna's Archive**

**Home**

Search

Donate

🧬 SciDB

FAQ

🌐 en - English - English ⌄

**Account**

Log in / Register

**Explore**

Activity

Codes Explorer

ISBN Visualization ↗

Community Projects ↗

**Open data**

Datasets

Torrents

LLM data

**Stay in touch**

Contact email

Anna's Blog ↗

Reddit ↗

Matrix ↗

**Help out**

Improve metadata

Volunteering & Bounties

Translate ↗

## 📚 Full database

Books, papers, magazines, comics, library records, metadata, ...

Search

## 🧬 SciDB

Sci-Hub has <u>paused</u> uploading of new papers.
🧬 SciDB is a continuation of Sci-Hub. Direct access to 95,687,150 academic papers. <u>Learn more...</u>

DOI                    Open

## 🏛 Long-term archive

The datasets used in Anna's Archive are completely open, and can be mirrored in bulk using torrents. <u>Learn more...</u>

You can help out enormously by seeding torrents. <u>Learn more...</u>

🔴 351.9TB    <4 seeders

🟡 672.2TB    4–10 seeders

🟢 90.7TB    >10 seeders

## 🧡 Looking for volunteers

## Development

Anna's Software ↗

Security

DMCA / copyright claims

## Alternatives

annas-archive.li ↗

annas-archive.pm ↗

annas-archive.in ↗

SLUM [unaffiliated] ↗

SLUM 2 [unaffiliated] ↗

As a non-profit, open-source project, we're always looking for people to help out. Learn more...

If you run a high-risk anonymous payment processor, please contact us. We are also looking for people looking to place tasteful small ads. All proceeds go to our preservation efforts. Contact email

### ☰ Anna's Blog

| | |
|---|---|
| Backing up Spotify | 2025-12-20 |
| We finished the Chinese release | 2025-11-28 |
| Worldcat editions and holdings release | 2025-09-11 |
| An update from the team | 2025-08-07 |
| Winners of the $10,000 ISBN visualization bounty | 2025-02-24 |
| Copyright reform is necessary for national security | 2025-01-31 |
| Visualizing All ISBNs — $10k by 2025-01-31 | 2024-12-15 |
| The critical window of shadow libraries | 2024-07-16 |
| Exclusive access for LLM companies to largest Chinese non-fiction book collection in the world | 2023-11-04 |
| 1.3B WorldCat scrape | 2023-10-03 |
| Anna's Archive Containers (AAC): standardizing releases from the world's largest shadow library | 2023-08-15 |

Learn more...

## Anna's Archive

Home

Search

Donate

## Explore

Activity

Codes Explorer

## Stay in touch

Contact email

Anna's Blog ↗

## Development

Anna's Software ↗

Security

🧬 SciDB

FAQ

🌐 en - English ⌄

**Account**

Log in / Register

**Open data**

Datasets

Torrents

LLM data

ISBN Visualization ↗

Community Projects ↗

**Help out**

Improve metadata

Volunteering & Bounties

Translate ↗

Reddit ↗

Matrix ↗

DMCA / copyright claims

**Alternatives**

annas-archive.li ↗

annas-archive.pm ↗

annas-archive.in ↗

SLUM [unaffiliated] ↗

SLUM 2 [unaffiliated] ↗