UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA'S ARCHIVE and DOES 1-10, <br><br> Defendants. | No. 26-cv-00002 (JSR) <br><br> **PROOF OF SERVICE** <br><br> **[FILED UNDER SEAL]** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 350 S. Grand Ave., Los Angeles, CA 90071.

On January 14, 2026, I served the documents described as:

1. Reply Memorandum in Support of Plaintiffs' Motion for an Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction;
2. Reply Declaration of Rollin A. Ransom and Exhibits A-C; and
3. [Proposed] Preliminary Injunction,

on all interested parties in this action as follows:

Defendant Anna's Archive
AnnaDMCA@proton.me; and
ArchivistAnna3+7oBz9nJ+nt@proton.me

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) Pursuant to the Court's January 2, 2026, Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction permitting service by electronic mail, I caused the foregoing documents to be sent to Defendant Anna's Archive at the e-mail addresses listed above. Attached hereto as **Attachment A** is my service e-mail. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2026, at New York, New York.

Rollin A. Ransom (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
350 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

*Attorneys for Plaintiffs*

**EXHIBIT A**

## Ransom, Rollin

| | |
|---|---|
| **From:** | Ransom, Rollin |
| **Sent:** | Wednesday, January 14, 2026 11:52 AM |
| **To:** | annadmca@proton.me; ArchivistAnna3+7oBz9nJ+nt@proton.me |
| **Cc:** | Singer, Randi W.; De Lilly, Lauren |
| **Subject:** | SERVICE OF LEGAL DOCUMENTS (Reply Papers and [Proposed] Preliminary Injunction) - Atlantic Recording Corp., et al. v. Anna's Archive, et al. (S.D.N.Y. - Case No. 26-cv-00002 (JSR)) |
| **Attachments:** | AA - Reply Memorandum ISO Motion for TRO and PI.pdf; AA - Reply Declaration of Rollin A. Ransom & Exs. A-C.pdf; AA - [Proposed] Preliminary Injunction.pdf |

To Anna's Archive:

Attached please find service copies of the following documents in the above-referenced matter:

> Reply Memorandum in Support of Plaintiffs' Motion for an Emergency *Ex Parte* Temporary Restraining Order and OSC Re Preliminary Injunction
> Reply Declaration of Rollin A. Ransom and Exhibits A-C
> [Proposed] Preliminary Injunction

Please contact me if you have any questions.

Rollin Ransom

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
350 S. Grand Avenue
Los Angeles, CA 90071
+1 213 896 6047
rransom@sidley.com
www.sidley.com

1