# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA'S ARCHIVE and DOES 1-10, <br><br> Defendants. | No. 26-cv-00002 (JSR) <br><br> **CLERK'S CERTIFICATE OF DEFAULT** |

  I, TAMMI HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

  1. This action was commenced on January 2, 2026, by the filing of the complaint.

  2. A copy of the summons and complaint was served on Defendant Anna's Archive on January 3, 2026, via electronic mail, pursuant to the Court's January 2, 2026, Emergency Ex Parte Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction permitting service by electronic mail (*see* ECF No. 19).

  3. Proof of service was filed on January 5, 2026.  *See* ECF Nos. 20, 21.

2

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise responded to the complaint herein. The default of the defendant is hereby noted.

Dated: _____, 2026
New York, New York

                                            TAMMI HELLWIG, Clerk of Court

                                            By: _____
                                                            Deputy Clerk