UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ANNA'S ARCHIVE and DOES 1-10, <br><br>  Defendants. | No. 26-cv-00002 (JSR) <br><br> **DECLARATION OF ROLLIN A. RANSOM IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |

I, Rollin A. Ransom, declare and state, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9 of the United States District Courts for the Southern and Eastern Districts of New York, that the following is true and correct:

1. I am a partner at Sidley Austin LLP, counsel of record for Plaintiffs Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy Records LLC, Elektra Entertainment LLC, Elektra Entertainment Group Inc., Fueled by Ramen LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG Recordings, Inc., Capitol Records, LLC, and Spotify USA Inc. (collectively, "Plaintiffs") in this action.

2. This action was commenced on January 2, 2026, by the filing of the complaint.

3. On January 3, 2026, Defendant Anna's Archive ("Defendant") was served with the summons and complaint (along with the other case-initiating documents) via electronic mail, pursuant to the Court's January 2, 2026, Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction permitting service by electronic mail (*see* ECF No. 19).

4. Plaintiffs filed a proof of service on January 5, 2026. *See* ECF Nos. 20, 21.

5. The time for Defendant to answer or otherwise respond to the complaint expired on January 26, 2026.

6. Defendant has not answered or otherwise responded to the complaint, nor has Defendant moved for an extension of time to answer or respond to the complaint.

7. Defendant is not an infant or incompetent.

8. Defendant is not currently serving in the United States Military.

Plaintiffs request the issuance of a certificate of default against Defendant Anna's Archive.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 29, 2026, in Los Angeles, California.

Rollin A. Ransom