**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ATLANTIC RECORDING CORPORATION;
ATLANTIC MUSIC GROUP LLC; BAD BOY
RECORDS LLC; ELEKTRA
ENTERTAINMENT LLC; ELEKTRA
ENTERTAINMENT GROUP INC.; FUELED
BY RAMEN LLC; WARNER MUSIC
INTERNATIONAL SERVICES LIMITED;
WARNER RECORDS INC.; WARNER
RECORDS LLC; SONY MUSIC
ENTERTAINMENT; ARISTA MUSIC;
ARISTA RECORDS, LLC; ZOMBA
RECORDING LLC; UMG RECORDINGS,
INC.; CAPITOL RECORDS, LLC; and
SPOTIFY USA INC.,

Plaintiffs,

v.

ANNA'S ARCHIVE and DOES 1-10,

Defendants.

No. 26-cv-00002 (JSR)

**NOTICE OF MOTION FOR
DEFAULT JUDGMENT**

---

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rules of Civil Procedure 55 and

Local Rule 55.2, Plaintiffs Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy

Records LLC, Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled by Ramen

LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC,

Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG

Recordings, Inc., Capitol Records, LLC, and Spotify USA Inc. (collectively, "Plaintiffs") hereby

move for entry of default judgment against Defendant Anna's Archive ("Defendant") in the form

of the [Proposed] Default Judgment submitted concurrently herewith, for Defendant's failure to

answer or otherwise defend against the claims in the Complaint filed in this action on January 2, 2026.

This Motion is based on the concurrently filed Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment, the Declarations of Rollin A. Ransom, Jeremy Landis, and Richard Titmuss, Plaintiffs' Statement of Damages, and [Proposed] Default Judgment, and the other filings in this action.

Dated: March 25, 2026                         Respectfully submitted,

*/s/ Rollin A. Ransom*
Rollin A. Ransom (*Pro Hac Vice*)
Lauren M. De Lilly (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
350 South Grand Street
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com
Email: ldelilly@sidley.com

Randi W. Singer (SBN 2946671)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: randi.singer@sidley.com

*Attorneys for Plaintiffs*

2