# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC.,

          Plaintiffs,

       v.

ANNA'S ARCHIVE and DOES 1-10,

          Defendants.

No. 26-CV-00002 (JSR)

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 350 S. Grand Ave., Los Angeles, CA 90071.

On March 25, 2026, I served the documents described as:

1. Notice of Motion For Default Judgment;
2. Memorandum of Law In Support of Plaintiffs' Motion For Default Judgment;
3. Declaration of Rollin A. Ransom In Support of Plaintiffs' Motion For Default Judgment;
4. Declaration of Jeremy Landis In Support of Plaintiffs' Motion For Default Judgment;
5. Declaration of Richard Titmuss In Support of Plaintiffs' Motion For Default Judgment;

1

6.      Statement of Damages;
7.      [Proposed] Default Judgment; and
8.      Clerk's Certificate of Default

on all interested parties in this action as follows:

Defendant Anna's Archive
AnnaDMCA@proton.me; and
ArchivistAnna3+7oBz9nJ+nt@proton.me

☒      (VIA E-MAIL OR ELECTRONIC TRANSMISSION)  Pursuant to the Court's January
2, 2026, Emergency *Ex Parte* Temporary Restraining Order and Order to Show Cause
Re: Preliminary Injunction permitting service of all filings in this action by electronic
mail, I caused the foregoing documents to be sent to Defendant Anna's Archive at the e-
mail addresses listed above. Attached hereto as Exhibit A is my service e-mail. I did not
receive, within a reasonable time after the transmission, any electronic message or other
indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on March 25, 2026, at Los Angeles, California.

/s/ Rollin A. Ransom
Rollin A. Ransom (*Pro Hac Vice*)
SIDLEY AUSTIN LLP
350 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rransom@sidley.com

*Attorneys for Plaintiffs*

# EXHIBIT A

## Ransom, Rollin

| | |
|---|---|
| **From:** | Ransom, Rollin |
| **Sent:** | Wednesday, March 25, 2026 12:06 PM |
| **To:** | 'annadmca@proton.me'; 'ArchivistAnna3+7oBz9nJ+nt@proton.me' |
| **Cc:** | De Lilly, Lauren; Singer, Randi W. |
| **Subject:** | SERVICE OF LEGAL DOCUMENTS (Motion for Default Judgment) - Atlantic Recording Corp., et al. v. Anna's Archive, et al. (S.D.N.Y. - Case No. 26-cv-00002 (JSR)) |
| **Attachments:** | AA - Notice of Motion for Default Judgment.pdf; AA - Memorandum of Law ISO Motion for Default Judgment.pdf; AA - Decl. of Rollin Ransom ISO Motion for DJ.pdf; AA - Declaration of Jeremy Landis (RIAA) ISO Motion for DJ.pdf; AA - Declaration of Richard Titmuss (Spotify) ISO Motion for DJ.pdf; AA - Statement of Damages.pdf; AA - [Proposed] Default Judgment.pdf; AA - CLERK_S CERTIFICATE OF DEFAULT as to Annas Archive.pdf |

To Anna's Archive:

Attached please find service copies of the following documents in the above-referenced matter:

1.    Notice of Motion For Default Judgment;
2.    Memorandum of Law In Support of Plaintiffs' Motion For Default Judgment;
3.    Declaration of Rollin A. Ransom In Support of Plaintiffs' Motion For Default Judgment;
4.    Declaration of Jeremy Landis In Support of Plaintiffs' Motion For Default Judgment;
5.    Declaration of Richard Titmuss In Support of Plaintiffs' Motion For Default Judgment;
6.    Statement of Damages;
7.    [Proposed] Default Judgment; and
8.    Clerk's Certificate of Default

Please contact me if you have any questions.

Rollin Ransom

**ROLLIN A. RANSOM**

**SIDLEY AUSTIN LLP**
350 S. Grand Avenue
Los Angeles, CA 90071
+1 213 896 6047
rransom@sidley.com
www.sidley.com

**SIDLEY**