**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION; ATLANTIC MUSIC GROUP LLC; BAD BOY RECORDS LLC; ELEKTRA ENTERTAINMENT LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; WARNER RECORDS INC.; WARNER RECORDS LLC; SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS, LLC; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; and SPOTIFY USA INC., | No. 26-cv-00002 (JSR) **DECLARATION OF ROLLIN A. RANSOM IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs,

v.

ANNA'S ARCHIVE and DOES 1-10,

Defendants.

I, Rollin A. Ransom, declare and state pursuant to 28 U.S.C. § 1746 and Local Civil Rules 1.9 and 55.2(a)(1) of the United States District Courts for the Southern and Eastern Districts of New York, that the following is true and correct:

1.     I am a partner at Sidley Austin LLP, counsel of record for Plaintiffs Atlantic Recording Corporation, Atlantic Music Group LLC, Bad Boy Records LLC, Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled by Ramen LLC, Warner Music International Services Limited, Warner Records Inc., Warner Records LLC, Sony Music Entertainment, Arista Music, Arista Records, LLC, Zomba Recording LLC, UMG Recordings, Inc., Capitol Records, LLC, and Spotify USA Inc. (collectively, "Plaintiffs") in this action.

2.      Defendant Anna's Archive's ("Defendant") response to the complaint in this action was due on January 26, 2026.  Because Defendant did not timely answer or otherwise respond, on January 29, 2026, Plaintiffs requested that the Clerk enter default against Defendant. *See* ECF Nos. 30, 31, 31-1.

3.      On February 2, 2026, the Clerk entered default against Defendant pursuant to Local Rule 55.1 and issued a Clerk's Certificate of Default. *See* ECF No. 32.

4.      Exhibit A to the Complaint identifies the registration numbers for each of the works in suit, reflecting registration of those works with the United States Copyright Office. The Copyright Office Public Records System, available at https://publicrecords.copyright.gov/, reflects that the most recent of these registrations (for "Cool Kids" by Echosmith, Copyright Reg. No. SR0000968318) was obtained on July 26, 2023, and that the effective dates of registration for the remaining works are all prior to such date. I am informed and believe that Defendant's infringement of the works in suit (which Defendant announced in a blog post dated December 20, 2025) occurred substantially after July 26, 2023.

5.      Defendant is not currently serving in the United States Military. By virtue of filing this declaration, Plaintiffs have complied with the Servicemembers Civil Relief Act, 50a U.S.C. § 521.

6.      Defendant is not a minor or incompetent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 25, 2026, in Los Angeles, California.

_____
Rollin A. Ransom